*Messrs. Coleman Avery, John W. Peck,* and *Harry N. Routzohn* for petitioner. *Messrs. Province M. Pogue* and *Henry B. Street* for respondent.

No. 270. PHILADELPHIA & READING COAL & IRON CO. ET AL. *v.* SPRUKS. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Penrose Hertzler* and *A. Allen Woodruff* for petitioners. *Mr. Ralph W. Rymer* for respondent.

No. 271. ST. JOHN *v.* THOMPSON ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. H. P. White* and *Roy St. Lewis* for petitioner. *Mr. Charles Stuart Macdonald* for respondents.

No. 369. SODERSTROM, ADMINISTRATOR, ET AL. *v.* BONNER. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. William S. Hamilton* and *J. I. Howard* for petitioners. *Mr. Charles Stuart Macdonald* for respondent.

No. 273. GOLDSMITH ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Israel B. Oseas* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *W. Marvin Smith* for the United States.